UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAYA MARTIN,<br><br>            Plaintiff,<br><br>        v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  2:24-cv-03380-TLN-JDP<br><br>**ORDER** |

Plaintiff Amaya Martin ("Plaintiff") has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2025 (ECF No. 9) are adopted in full;

1

2. Plaintiff's motion to remand (ECF No. 7) is GRANTED;

3. This case is remanded to the Superior Court of the State of California in and for the County of Sacramento; and

4. The Clerk of Court is directed to send a certified copy of this order to Superior Court of California in and for the County of Sacramento and to close the case.

IT IS SO ORDERED.

Date: February 19, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE